**Motion Granted; Reversed and Remanded and Memorandum Opinion filed January 10, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00526-CV

---

### VICTORIA ADEGOKE, Appellant

### V.

### KUNLE FELIX KOLA, Appellee

---

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2020-62161**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed April 25, 2022. On December 8, 2022, the parties filed a joint motion to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with an agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is granted.

We reverse the trial court's judgment and remand the case for further proceedings consistent with this opinion. *See* Tex. R. App. P. 43.2(d).


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.